IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Gina M. Caromano, | : | Case No.  19-20208 GLT |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| | : | |

CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT
AND NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

    I, Daniel R. White, Attorney for Debtor, certify that on March 15, 2019, I served a copy of the Court's March 15, 2019, wage attachment order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at Zebley Mehalov and White, P.C., 18 Mill Street Square, P.O. Box 2123, Uniontown, PA 15401.

    Method of service: Hand Delivery.

    Total number of parties served: 1

    Date executed: March 15, 2019

                                       ZEBLEY MEHALOV & WHITE, P.C.

                                       BY

                                       /s/ Daniel R. White
                                              Daniel R. White
                                              PA I.D. No. 78718
                                              P.O. Box 2123
                                              Uniontown, PA 15401
                                              724-439-9200
                                              Email: dwhite@Zeblaw.com
                                              Attorneys for Debtor