# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

- **Debtor:** GINA M. CAROMANO
- **Case Number:** 19-20208-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JULY 25, 2019 10:30 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#16 - Final Confirmation of Plan Dated 2/6/2019 (NFC)
R / M #: 16 / 0

### *Appearances:*

- Debtor: White
- Trustee: Winnecour / Pail / (Katz) / DeSimone
- Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 11/7/19 at 10:30 AM
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*[Handwritten notes:]* Con't for objection to claim of PNC. Objection to be filed w/in 30 days