File No. 8170-003

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Gina M. Caromano, | : | Case No.  19-20208 GLT |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| | : | |

CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT
AND NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

    I, Daniel R. White, Attorney for Debtor, certify that on January 29, 2020, I served a copy of the Court's January 29, 2020, wage attachment order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at Pain & Spine Specialists of MD, LLC, Attn: Payroll Manager, 2702 Bank Acre Circle, Suite 290B, Mount Airy, MD 21771-7769.

    Method of service: Hand Delivery.

    Total number of parties served: 1

    Date executed: January 29, 2020

                                             ZEBLEY MEHALOV & WHITE, P.C.

                                             BY

                                             /s/ Daniel R. White
                                                   Daniel R. White
                                                   PA I.D. No. 78718
                                                   P.O. Box 2123
                                                   Uniontown, PA 15401
                                                   724-439-9200
                                                   Email: dwhite@Zeblaw.com
                                                   Attorneys for Debtor