UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 19-20208 GLT |
| | : | |
| Gina M. Caromano, | : | Chapter 13 |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| Gina M. Caromano, | : | |
| | : | Hearing Date and Time: September 30, 2020, at 10:00 a.m. |
| Movant, | : | |
| | : | |
| vs. | : | Responses due: September 18, 2020 |
| | : | |
| Yablonski, Costello & Leckie, | : | |
| | : | |
| Respondent. | : | |

CERTIFICATION OF NO OBJECTION REGARDING MOTION TO AVOID JUDICIAL LIEN

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the motion to avoid lien filed on September 1, 2020, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion to avoid lien appears thereon. Pursuant to the Notice of Hearing, objections were to be filed and served no later than September 18, 2020.

It is hereby respectfully requested that the Order attached to the motion to avoid lien be entered by the Court.

Dated: September 21, 2020

ZEBLEY MEHALOV & WHITE, P.C.
By:

/s/ Daniel R. White
    Daniel R. White
    dwhite@Zeblaw.com
    PA I.D. No. 78718
    P.O. Box 2123
    Uniontown, PA 15401
    724-439-9200
    Attorney for Debtor