FILED
9/21/20 1:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 19-20208 GLT |
| | : | |
| Gina M. Caromano, | : | Chapter 13 |
| | : | |
| Debtor. | : | Related to Docket No. 48 |
| | : | |
| Gina M. Caromano, | : | |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Yablonski, Costello & Leckie, | : | |
| | : | |
| Respondent. | : | |

ORDER ON MOTION TO AVOID JUDICIAL LIEN

AND NOW, upon consideration of Debtor's motion to avoid judicial lien, the Court orders

the following:

1.  The judicial lien of Respondent filed against Debtor at No. 2856 of 2008, D.S.B. in

    the Fayette County, PA, Court of Common Pleas impairs an exemption to which

    Debtor would be otherwise entitled under 11 U.S.C. §522(d):  Yablonski, Costello

    & Leckie judgment dated December 9, 2008, in the amount of $8,867.50.

2.  The aforesaid judicial lien is hereby declared avoided and unenforceable in its

    entirety.

Dated:  September 21, 2020

BY THE COURT

Gregory L. Taddonio, Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

The Relief provided in this Order
is subject to 11. U.S.C. §348(f)
and §349 (b) in the event the main
bankruptcy case is dismissed or
converted to a Chapter 7 proceeding

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 19-20208-GLT
Gina M. Caromano                                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dpas              Page 1 of 1              Date Rcvd: Sep 21, 2020
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2020.
db              +Gina M. Caromano,   12 Brooke Street,   Uniontown, PA 15401-4103

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2020                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2020 at the address(es) listed below:
        Brian Nicholas    on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATION bnicholas@kmllawgroup.com
        Daniel R. White   on behalf of Debtor Gina M. Caromano zmwchapter13@gmail.com,
         gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                              TOTAL: 4