File No. 8171-003

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 19-20208 GLT |
| | : | |
| Gina M. Caramano, | : | Chapter 13 |
| | : | |
| Debtor. | : | Document No.: _____ |
| | : | |
| Gina M. Caramano, | : | Related To Document Nos. |
| | : | |
| Movant, | : | Hearing Date & Time: Wednesday, |
| | : | January 11, 2023 at 10:30 a.m. |
| vs. | : | |
| | : | Response Due: December 26, 2022 |
| No Respondents. | : | |

NOTICE OF ZOOM HEARING WITH RESPONSE DEADLINE
ON DEBTOR'S MOTION SEEKING COURT AUTHORIZATION TO
BORROW TO PAY OFF HER CHAPTER 13 PLAN

TO THE RESPONDENTS:

You are hereby notified that the above Movants seek an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movants a response to the motion no later than **December 26, 2022**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A video conference hearing will be held on **Wednesday, January 11, 2023 at 10:30 a.m.** before Judge Gregory L. Taddonio. All parties wishing to appear by video conference must register by submitting a video conference registration form via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge taddonios-video-conference-hearing-information) no later than 4 p.m. on the business day prior to a scheduled hearing. All counsel and parties participating by video conference shall comply with Judge Taddonio's Modified Procedures for Remote Participation (effective October 1, 2020), (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc appearances.pdf).

Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of service: December 9, 2022

                          ZEBLEY MEHALOV & WHITE, P.C.

                          By/s/Daniel R. White.
                          Daniel R. White
                          PA I.D. No. 78718
                          P.O. Box 2123
                          Uniontown, PA 15401
                          724-439-9200
                          dwhite@Zeblaw.com
                          Attorney for Debtor