File No. 8171-003

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 19-20208 GLT |
| Gina M. Caromano, | : | Chapter 13 |
| Debtor. | : | Document No.: |
| Gina M. Caromano, | : | Related To Document Nos. 60 & 61 |
| Movant, | : | Hearing Date and Time: Wednesday, January 11, 2023 at 10:30 a.m. |
| vs. | : | |
| No Respondents. | : | |

**CERTIFICATION OF NO OBJECTION TO DEBTOR'S MOTION SEEKING COURT AUTHORIZATION TO BORROW TO PAY OFF HER CHAPTER 13 PLAN**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Debtor's Motion Seeking Court Authorization to Borrow to Pay off Her Chapter 13 Plan filed on December 9, 2022, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Court's Order, objections were to be filed and served no later than December 26, 2022.

It is hereby respectfully requested that the Order attached to Debtor's Motion Seeking Court Authorization to Borrow to Pay off Her Chapter 13 Plan be entered by the Court.

Dated: December 27, 2022

ZEBLEY MEHALOV & WHITE, P.C.

/s/ Daniel R. White
Daniel R. White
Pa. I.D. No. 78718
P.O. Box 2123
Uniontown, PA 15401
dwhite@Zeblaw.com
Telephone (724) 439-9200