File No.: 8171-003

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| Gina M. Caromano, | : | Case No. 19-20208 GLT |
| Debtor. | : | Document No. |
| Gina M. Caromano, | : | |
| Movant, | : | |
| vs. | : | |
| Ronda J. Winnecour, | : | |
| Respondent. | : | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

AND NOW comes the Debtor, Gina M. Caromano, by and through her counsel, Zebley Mehalov & White, and certifies under penalty of perjury that the following statements are true and correct:

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On March 10, 2023, at docket number 79, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a Certification of Completion of a Post-Petition Instructional Course in Personal Financial Management, with the Certificate of Completion attached to the form.

This Certification is being signed under penalty of perjury by: Debtor carefully examined and understands each of the Bankruptcy Code sections referenced in this Certification.

Dated: March 30, 2023

/s/ Gina M. Caromano
Gina M. Caromano, Debtor

ZEBLEY MEHALOV & WHITE, P.C.

BY: /s/ Daniel R. White
      Daniel R. White, Esquire
      PA I.D. No. 78718
      P.O. Box 2123
      Uniontown, PA 15401
      724-439-9200
      dwhite@Zeblaw.com