# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

FILED
8/11/23 11:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
GINA M. CAROMANO

    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:19-20208

Chapter 13

Related to Docket No. 87

## ORDER OF COURT

AND NOW, this __11th Day of August, 2023__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory J. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                    Case No. 19-20208-GLT
Gina M. Caromano                                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2
Date Rcvd: Aug 11, 2023      Form ID: pdf900      Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gina M. Caromano, 12 Brooke Street, Uniontown, PA 15401-4103 |
| 14979352 | + | Advanced Disposal, P.O. Box 266, 1192 McClellandtown Road, McClellandtown, PA 15458-1118 |
| 14979353 | | Atlantic Broadband, 120 Southmont Boulevard, Johnstown, PA 15905-4291 |
| 14979354 | + | Chestnut Ridge Counseling Services, 100 New Salem Road--Suite 116, Uniontown, PA 15401-8936 |
| 14979355 | + | Colonial Acceptance, 312 Fallowfield Avenue, P.O. Box 25, Charleroi, PA 15022-0025 |
| 14979356 | + | Credit Protection Association, 13355 Noel Road--Suite 2100, Dallas, TX 75240-6837 |
| 14979358 | + | Diversified Collections, Inc., 1165 Garden Street, P.O. Box 200, Greensburg, PA 15601-0200 |
| 14991514 | + | James T. Davis, 107 East Main Street, Uniontown, PA 15401-3600 |
| 14979362 | | North Fayette County Municipal Authority, P.O. Box 368, Dunbar, PA 15431-0368 |
| 14979366 | + | South Union Township Sewage, 154 Township Drive, Uniontown, PA 15401-6546 |
| 14979367 | | Uniontown Hospital, 500 West Berkeley Street, Uniontown, PA 15401-5596 |
| 14979369 | + | Yablonski, Costello & Leckie, 505 Washington Trust Building, 30 East Beau Street--Suite 505, Washington, PA 15301-4713 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Aug 11 2023 23:20:49 | US Bank Trust National Association, Not In Its Ind, Padgett Law Group, 6267 Old Water Oak Road, Suite 2, Tallahassee, FL 32312-3858 |
| 14979357 | | Email/Text: mrdiscen@discover.com | Aug 11 2023 23:20:00 | Discover, P.O. Box 30421, Salt Lake City, UT 84130-0421 |
| 14979359 | | Email/Text: ashley@frickfin.org | Aug 11 2023 23:21:00 | Frick Tri-County Federal Credit Union, 235 Pittsburgh Street, Uniontown, PA 15401-2751 |
| 14979360 | ^ | MEBN | Aug 11 2023 23:20:18 | KML Law Group, Suite 5000 BNY Mellon Independence Ctr., 701 Market Street, Philadelphia, PA 19106-1541 |
| 15228622 | | Email/Text: mtgbk@shellpointmtg.com | Aug 11 2023 23:20:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14979363 | | Email/Text: bankruptcies@penncredit.com | Aug 11 2023 23:21:00 | Penn Credit, 2800 Commerce Drive, Harrisburg, PA 17110 |
| 14979364 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 11 2023 23:20:00 | PNC Bank, P.O. Box 609, Pittsburgh, PA 15230-0609 |
| 15019959 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 11 2023 23:20:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14979365 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 11 2023 23:20:00 | PNC Mortgage, P.O. Box 1820, Dayton, OH 45401-1820 |

Case 19-20208-GLT    Doc 94    Filed 08/13/23    Entered 08/14/23 00:25:30    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 11, 2023 | Form ID: pdf900 | Total Noticed: 23 |

| 15574821 | Email/Text: mtgbk@shellpointmtg.com | | |
|---|---|---|---|
| | | Aug 11 2023 23:20:00 | Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 14979368 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | Aug 11 2023 23:20:00 | Verizon, P.O. Box 15124, Albany, NY 12212-5124 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | | US Bank Trust National Association, Not In Its In |
| cr | | US Bank Trust National Association, not in its ind |
| 14979361 | ## | Laurel Medical Imaging Associates, 122 Bitner Road, Uniontown, PA 15401-6202 |

TOTAL: 4 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2023           Signature:           /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Daniel R. White | on behalf of Debtor Gina M. Caromano lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Joshua I. Goldman | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;BKecf@padgettlawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5