FILED
11/22/23 4:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Gina M. Caromano ) | Case No.: 19-20208 GLT |
| ) | Chapter 13 |
| Debtor(s) ) | |
| _____) | Related Dkt. No.95 |
| Ronda J. Winnecour, Chapter 13 ) | |
| Trustee, ) | |
| ) | |
| Movant, ) | |
| ) | |
| Vs. ) | |
| Gina M. Caromano | |
| ) | |
| Respondent(s) ) | |

ORDER OF COURT

AND NOW, this __22nd__ day of __November__, 2023, upon consideration of the Trustee's Motion to Enlarge Time for Filing of Final Report and Account, it is

ORDERED that the motion is Granted and the Chapter 13 Trustee shall file the Final Report and Account on or before December 29, 2023.

BY THE COURT:

Dated: 11/22/23
cm: Debtor

_____
U.S. Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20208-GLT |
| Gina M. Caromano | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Nov 22, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Gina M. Caromano, 12 Brooke Street, Uniontown, PA 15401-4103 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2023                    Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Daniel R. White | on behalf of Debtor Gina M. Caromano lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Joshua I. Goldman | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2　　　　　　　　　　　　　　User: auto　　　　　　　　　　　　　　　　　Page 2 of 2
Date Rcvd: Nov 22, 2023　　　　　　　　　　　　Form ID: pdf900　　　　　　　　　　　　　　Total Noticed: 1
TOTAL: 5