**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>GINA M. CAROMANO<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:19-20208 GLT<br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/16/2019 and confirmed on 03/25/2019. The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 45,890.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 45,890.00 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 6,882.95 | |
| Trustee Fee | 2,123.54 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,006.49 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK TRUST NA - OWNER TRUSTEE I | 0.00 | 14,521.12 | 0.00 | 14,521.12 |
| Acct: 4429 | | | | |
| US BANK TRUST NA - OWNER TRUSTEE I | 17,078.86 | 17,078.86 | 0.00 | 17,078.86 |
| Acct: 4429 | | | | |
| SOUTH UNION TWP SEWAGE AUTH | 4,578.09 | 4,578.09 | 0.00 | 4,578.09 |
| Acct: 981 | | | | |
| | | | | 36,178.07 |
| **Priority** | | | | |
| DANIEL R WHITE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GINA M. CAROMANO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GINA M. CAROMANO | 205.45 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ZEBLEY MEHALOV & WHITE PC | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ZEBLEY MEHALOV & WHITE PC | 2,882.95 | 2,882.95 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXX6/22 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 205.45 | 205.45 | 0.00 | 205.45 |
| Acct: XXXXXXXXXXXXXXXXX0208 | | | | |
| | | | | 205.45 |
| **Unsecured** | | | | |
| YABLONSKI COSTELLO & LECKIE PC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2008 | | | | |
| ADVANCED DISPOSAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4514 | | | | |
| ATLANTIC BROADBAND* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6481 | | | | |
| CHESTNUT RIDGE COUNSELING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2845 | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2996 | | | | |
| FRICK TRI-COUNTY FCU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5001 | | | | |
| FRICK TRI-COUNTY FCU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5002 | | | | |
| LAUREL MEDICAL IMAGING ASSOCIATES· | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5472 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UNIONTOWN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1713 | | | | |
| NORTH FAYETTE COUNTY MUNICIPAL AU | 148.01 | 86.04 | 0.00 | 86.04 |
| Acct: 1158 | | | | |
| SOUTH UNION TWP SEWAGE AUTH | 712.09 | 413.95 | 0.00 | 413.95 |
| Acct: 981 | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DAVIS & DAVIS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT PROTECTION ASSOC. LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COLONIAL ACCEPTANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 499.99 |

**TOTAL PAID TO CREDITORS**                                                                 36,883.51

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 205.45 |
| SECURED | 21,656.95 |
| UNSECURED | 860.10 |

Date: 12/06/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com